**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SYED A. BABAR                                    :

            vs.                              :   CIVIL NO. 3:13CV01095(AWT)

UNITED STATES OF AMERICA          :   January 25, 2017

## MOTION FOR A TELEPHONIC STATUS CONFERENCE

Undersigned counsel hereby requests a telephonic status conference on Mr. Babar's pending

habeas petition.  Counsel will be resigning as an Assistant Federal Defender effective February 7,

2017, and requests that the Court schedule the status conference before that date.

                                     THE PETITIONER,
                                      Syed A. Babar

                                     FEDERAL DEFENDER OFFICE

Dated: January 25, 2017             /s/ David S. Keenan
                                       David S. Keenan
                                       Assistant Federal Defender
                                       265 Church Street, Suite 702
                                       New Haven, CT 06510
                                       Phone: (203) 498-4200
                                       Bar no.: ct29707
                                       Email: David_Keenan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2017, a copy of the foregoing Motion for Telephonic Status Conference was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David S. Keenan
David S. Keenan