# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SYED A. BABAR | : |
| vs. | : CRIMINAL NO. 3:13CV01095(AWT) |
| UNITED STATES OF AMERICA | : February 3, 2017 |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, David S. Keenan, respectfully requests leave to withdraw as counsel for Mr. Babar in the above-captioned case. This motion is necessary as I will be resigning as an Assistant Federal Public Defender as of February 7, 2017. Attorney Ross Thomas of the Office of the Federal Defender will handle all matters related to this case from this point forward and will file an appearance forthwith. The undersigned has discussed the case with Attorney Thomas and provided him with the full case file.

Accordingly, the undersigned requests that the Court terminate his appearance in this matter. A copy of this motion will be mailed to Mr. Babar.

Respectfully Submitted,

THE DEFENDANT,
Syed A. Babar

FEDERAL DEFENDER OFFICE

Date: February 03, 2017       /s/ David S. Keenan
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29707
Email: David_Keenan@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 03, 2017, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             /s/ David S. Keenan
                                             David S. Keenan