UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SYED A. BABAR : Civil No. 3:13cv01095(AWT)

v. : February 12, 2017

UNITED STATES OF AMERICA :

## MOTION FOR REINSTATEMENT OF MR. KEENAN

Comes Now, Defendant Syed A. Babar ("Babar") and respectfully moves to the Honorable Court to reinstate Mr. David S. Keenan as the attorney of record in the above captioned case.

Mr. Keenan has represented Babar thus far, his intimate knowledge of the case and underlying issues, and above all, has been very hard working and caring. Therefore, his withdrawal from the case at this stage will result in irreparable harm to Babar.

It is Babar's understanding that while Mr. Keenan has resigned as an Assistant Public Defender, he is still going to be part of the office of Federal Defender. Babar worries that the incoming attorney may not be as familiar with the case as Mr. Keenan is. Consequently, Babar may suffer irreparable harm and prejudice. In the alternative, Mr. Ross Thomas, the incoming attorney, can stay on the case as the lead attorney; but, Mr. Keenan should also stay on the case as an attorney of record so as to effectively assist Mr. Thomas.

WHEREFORE, for the forgoing reasons, this motion should be granted.

1

Respectfully submitted,

*[signature]*

Syed A. Babar
#17965-014
Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837


CERTIFICATE OF SERVICE

I hereby certify that on Febraury 12, 2017, a copy of the forgoing was sent by Air Mail to all parties.


Liam Brennan AUSA
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510

David S. Keenan
Federal Defender
265 Church St. STE 702
New Haven, CT 06510


Ross Thomas
Federal Defender
265 Church St. STE 702
New Haven, CT 06510