UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SYED A. BABAR, | : | |
|     *Petitioner,* | : | CIVIL CASE NUMBER: |
| | : | |
| v. | : | 3:13-cv-01095-AWT |
| | : | |
| UNITED STATES OF AMERICA, | : | April 12, 2017 |
|     *Respondent.* | : | |

## **NOTICE OF APPEAL**

Notice is hereby given that Syed A. Babar, the petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on April 12, 2017. Mr. Babar remains in custody and indigent and thus cannot pay any filing fees.

        Respectfully Submitted,

        THE PETITIONER,
        Syed A. Babar

        FEDERAL DEFENDER OFFICE

Date: April 12, 2017        /s/ Ross Thomas
        Assistant Federal Defender
        10 Columbus Blvd, 6th FL
        Hartford, CT 06106
        Phone: (860) 493-6260
        Bar No.: phv08740
        Email: ross_thomas@fd.org

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on April 12, 2017, a copy of the foregoing notice of appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Ross Thomas
          Ross Thomas