APPEAL,CLOSED,PROSE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:13−cv−01095−AWT

| | |
|---|---|
| Babar v. USA<br>Assigned to: Judge Alvin W. Thompson<br>Related Case: 3:10−cr−00093−AWT−1<br>Cause: 28:2255 Motion to Vacate / Correct Illegal Sentence | Date Filed: 07/31/2013<br>Date Terminated: 03/31/2017<br>Jury Demand: None<br>Nature of Suit: 510 Prisoner: Vacate Sentence<br>Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Syed A. Babar**  represented by  **David Smith Keenan**
Federal Public Defender's Office – NH
265 Church St., Suite 702
New Haven, CT 06510−7005
203−498−4200
Fax: 203−498−4207
Email: David_Keenan@fd.org
*TERMINATED: 02/07/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross Daniel Thomas**
Federal Public Defender's Office – Htfd
10 Columbus Blvd.
6th Floor
Hartford, CT 06106−1976
203−654−3038
Fax: 860−493−6269
Email: ross_thomas@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence S. Ward**
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
860−493−6260
Fax: 860−493−6269
Email: Terence_Ward@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**USA**  represented by  **Christine L. Sciarrino**
U.S. Attorney's Office−NH
157 Church St., 25th Floor
New Haven, CT 06510
203−821−3780
Fax: 203−773−5373
Email: Christine.Sciarrino@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Glover**
U.S. Attorney's Office−NH
157 Church St., 23rd floor
New Haven, CT 06510

203−821−3700
Fax: 203−773−5373
Email: eric.glover@usdoj.gov
*TERMINATED: 06/16/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B. Hughes**
U.S. Attorney's Office−NH
157 Church St., 23rd floor
New Haven, CT 06510
203−821−3802
Fax: 203−773−5373
Email: john.hughes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liam Brennan**
U.S. Attorney's Office−NH
157 Church St., 23rd floor
New Haven, CT 06510
203−821−3835
Fax: (203) 773−5378
Email: Liam.Brennan3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Wines**
U.S. Attorney's Office−NH
157 Church St., 23rd floor
New Haven, CT 06510
203−821−3700
Fax: 203−821−3829
Email: susan.wines@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2013 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255). Criminal Case Number 3:10cr93 (AWT). All filings related to this should now be filed in this civil case; by Syed A. Babar. (Attachments: # 1 Affidavit of Syed A. Babar, # 2 Memorandum in Support, # 3 Exhibits, # 4 Criminal Judgment)(Ferguson, L.) (Entered: 08/01/2013) |
| 07/31/2013 | 2 | STANDING PROTECTIVE ORDER. Signed by Judge Alvin W. Thompson on 7/31/13.(Ferguson, L.) (Entered: 08/01/2013) |
| 08/02/2013 | 3 | ORDER TO SHOW CAUSE re: 1 MOTION to Vacate, Set Aside or Correct Sentence (2255). Criminal Case Number 3:10cr93 (AWT). All filings related to this should now be filed in this civil case. Responses due by 9/30/2013. Signed by Judge Alvin W. Thompson on 08/02/2013.(Trachtenberg, L) (Entered: 08/02/2013) |
| 10/03/2013 | 4 | Memorandum in Opposition *to Motion to Vacate* re 1 MOTION to Vacate, Set Aside or Correct Sentence (2255). Criminal Case Number 3:10cr93 (AWT). All filings related to this should now be filed in this civil case. filed by USA. (Attachments: # 1 Exhibit)(Brennan, Liam) (Entered: 10/03/2013) |
| 10/28/2013 | 5 | REPLY to Government's Response to 1 MOTION to Vacate, Set Aside or Correct Sentence (2255). Criminal Case Number 3:10cr93 (AWT). All filings related to this should now be filed in this civil case, filed by Syed A. Babar. (Ferguson, L.) (Entered: 11/07/2013) |
| 06/11/2014 | 6 | MOTION for Eric J. Glover to Withdraw as Attorney by USA. (Glover, Eric) (Entered: 06/11/2014) |

| | | |
|---|---|---|
| 06/16/2014 | 7 | ORDER: The Motion for Eric J. Glover to Withdraw as Attorney (Doc. No. 6 ) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 06/16/2014. (Bowers, J.) (Entered: 06/16/2014) |
| 11/17/2015 | 8 | NOTICE TO PARTIES. Signed by Judge Alvin W. Thompson on 11/17/15. (Mata, E.) (Entered: 11/17/2015) |
| 12/03/2015 | 9 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Status Conference set for 12/4/2015 at 2:45 PM before Judge Alvin W. Thompson. Government counsel shall initiate this conference call to chambers at (860) 240–3224 with opposing counsel on the line. (Mata, E.) (Entered: 12/03/2015) |
| 12/04/2015 | 10 | Minute Entry for proceedings held before Judge Alvin W. Thompson: Telephonic Status Conference and Motion Hearing held on 12/4/2015 re 1 Motion to Vacate, Set Aside or Correct Sentence (2255) (TAKEN UNDER ADVISEMENT). Criminal Case Number 3:10cr93 (AWT). All filings related to this should be filed in this civil case. (Duration: 9 minutes)(Court Reporter C. Thompson.) (Mata, E.) (Entered: 12/04/2015) |
| 12/04/2015 | 11 | SCHEDULING ORDER: Evidentiary Hearing set for 2/1/2016 at 10:00 AM in the South Courtroom, 450 Main St., Hartford, CT before Judge Alvin W. Thompson. Signed by Judge Alvin W. Thompson on 12/4/15. (Mata, E.) (Entered: 12/04/2015) |
| 12/04/2015 | 12 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Evidentiary Hearing set for 2/1/2016 at 10:00 AM in South Courtroom, 450 Main St., Hartford, CT before Judge Alvin W. Thompson. (Mata, E.) (Entered: 12/04/2015) |
| 01/18/2016 | 13 | First MOTION to Continue by Syed A. Babar. (Keenan, David) (Entered: 01/18/2016) |
| 01/27/2016 | 14 | ORDER: The petitioner's Motion to Continue Hearing (Doc. No. 13 ) is hereby GRANTED to April 1, 2016. Signed by Judge Alvin W. Thompson on 1/27/2016. (Mata, E.) (Entered: 01/27/2016) |
| 01/27/2016 | 15 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Reset from 2/1/2016. Evidentiary Hearing set for 4/1/2016 at 04:00 PM in the South Courtroom, 450 Main St., Hartford, CT before Judge Alvin W. Thompson. (Mata, E.) (Entered: 01/27/2016) |
| 03/09/2016 | 16 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Reset from 4/1/2016. Evidentiary Hearing set for 5/16/2016 at 9:00 AM in the South Courtroom, 450 Main St., Hartford, CT before Judge Alvin W. Thompson. (Mata, E.) (Entered: 03/09/2016) |
| 03/21/2016 | 17 | MOTION For Limited Discovery Pursuant to Rule 6 by Syed A. Babar.Responses due by 4/11/2016 (Keenan, David) (Entered: 03/21/2016) |
| 03/21/2016 | 18 | RESPONSE re 17 MOTION For Limited Discovery Pursuant to Rule 6 filed by USA. (Brennan, Liam) (Entered: 03/21/2016) |
| 03/29/2016 | 19 | ORDER: Petitioner Babar's Motion for Leave to Conduct Limited Discovery (Doc. No. 17 ) is hereby GRANTED. Signed by Judge Alvin W. Thompson on 3/29/16. (Mata, E.) (Entered: 03/29/2016) |
| 05/09/2016 | 20 | MOTION for Permission to Participate in Habeas Corpus Proceeding by Syed A. Babar.Responses due by 5/30/2016 (Keenan, David) (Entered: 05/09/2016) |
| 05/10/2016 | 21 | ORDER: Motion for Permission to Participate in Habeas Corpus Proceeding (Doc. No. 20 ) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 5/10/2016. (Calle, K) (Entered: 05/10/2016) |
| 05/13/2016 | 22 | MOTION for Leave to Appear Law Student by USA. (Brennan, Liam) (Entered: 05/13/2016) |

| | | |
|---|---|---|
| 05/16/2016 | 23 | ORDER: The government's Motion to Permit Appearance of Law Student Intern (Doc. No. 22 ) is hereby GRANTED. Signed by Judge Alvin W. Thompson on 5/16/16.(Mata, E.) (Entered: 05/16/2016) |
| 05/16/2016 | 24 | Minute Entry for proceedings held before Judge Alvin W. Thompson: Evidentiary Hearing held on 5/16/2016. Total Time: 2 hours and 43 minutes (Court Reporter C. Thompson.) (Ferguson, L.) (Entered: 05/16/2016) |
| 05/16/2016 | 25 | Marked Witness List. (Ferguson, L.) (Entered: 05/16/2016) |
| 05/16/2016 | 26 | Marked Exhibit List by Syed A. Babar. (Ferguson, L.) (Entered: 05/16/2016) |
| 05/16/2016 | 27 | Marked Exhibit List by USA. (Ferguson, L.) (Entered: 05/16/2016) |
| 06/01/2016 | 28 | TRANSCRIPT of Proceedings: Type of Hearing: Evidentiary Hearing held on May 16, 2016 before Judge Alvin W. Thompson. Court Reporter: Corinna F. Thompson. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/22/2016. Redacted Transcript Deadline set for 7/2/2016. Release of Transcript Restriction set for 8/30/2016. (Thompson, C.) (Entered: 06/01/2016) |
| 06/22/2016 | 29 | Memorandum in Support re 1 MOTION to Vacate, Set Aside or Correct Sentence (2255). Criminal Case Number 3:10cr93 (AWT). All filings related to this should now be filed in this civil case. *Post−Hearing Brief* filed by Syed A. Babar. (Keenan, David) (Entered: 06/22/2016) |
| 07/12/2016 | 30 | RESPONSE re 29 Memorandum in Support of Motion, filed by USA. (Brennan, Liam) (Entered: 07/12/2016) |
| 10/17/2016 | 31 | MOTION For Release on Bail by Syed A. Babar.Responses due by 11/7/2016 (Keenan, David) (Entered: 10/17/2016) |
| 11/15/2016 | 32 | RESPONSE re 31 MOTION For Release on Bail filed by USA. (Brennan, Liam) (Entered: 11/15/2016) |
| 11/15/2016 | 33 | MOTION for Extension of Time until November 15, 2016 Filing of Opposition 32 Response by USA. (Brennan, Liam) (Entered: 11/15/2016) |
| 11/16/2016 | 34 | ORDER: The Government's Motion for Extension of Time Nunc Pro Tunc (Doc. No. 33 ) is hereby GRANTED, over objection, to November 15, 2016. Signed by Judge Alvin W. Thompson on 11/16/16. (Mata, E.) (Entered: 11/16/2016) |
| 11/16/2016 | | Set/Reset Deadlines as to 31 MOTION For Release on Bail. Responses due by 11/15/2016 nunc pro tunc. (Ferguson, L.) (Entered: 11/18/2016) |
| 11/22/2016 | 35 | REPLY to Response to 31 MOTION For Release on Bail filed by Syed A. Babar. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Keenan, David) (Entered: 11/22/2016) |
| 01/25/2017 | 36 | MOTION for Hearing *(Request for Telephonic Status Conference)* by Syed A. Babar. (Keenan, David) (Entered: 01/25/2017) |
| 02/03/2017 | 37 | MOTION for David S. Keenan to Withdraw as Attorney by Syed A. Babar. (Keenan, David) (Entered: 02/03/2017) |
| 02/06/2017 | 38 | NOTICE of Appearance by Ross Daniel Thomas on behalf of Syed A. Babar (Thomas, Ross) (Entered: 02/06/2017) |
| 02/07/2017 | 39 | ORDER: The Motion to Withdraw as Counsel (Doc. No. 37 ) is hereby GRANTED. Attorney David Smith Keenan terminated. Signed by Judge Alvin W. Thompson on 2/7/17. (Mata, E.) (Entered: 02/07/2017) |

| | | |
|---|---|---|
| 02/16/2017 | 40 | MOTION for Reinstatement of Mr. Keenan re 39 Order on Motion to Withdraw as Attorney by Syed A. Babar.Responses due by 3/9/2017 (Attachments: # 1 Envelope)(Enderlin, M.) (Entered: 02/16/2017) |
| 03/22/2017 | 41 | NOTICE of Appearance by Terence S. Ward on behalf of Syed A. Babar (Ward, Terence) (Entered: 03/22/2017) |
| 03/23/2017 | 42 | MOTION for Status Conference by Syed A. Babar. (Ward, Terence) (Entered: 03/23/2017) |
| 03/31/2017 | 43 | ORDER: The petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1 ) is hereby DENIED for the reasons set forth in the attached ruling. Signed by Judge Alvin W. Thompson on 3/31/17. (Mata, E.) (Entered: 03/31/2017) |
| 03/31/2017 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey<br>(Ferguson, L.) (Entered: 03/31/2017) |
| 04/10/2017 | 44 | ORDER: The petitioner's Motion for Bail (Doc. No. 31 ) is hereby DENIED as moot. See ruling denying motion to vacate, set aside or correct sentence (Doc. No. 43 ). Signed by Judge Alvin W. Thompson on 4/10/17. (Mata, E.) (Entered: 04/10/2017) |
| 04/10/2017 | 45 | ORDER: The petitioner's Motion for a Telephonic Status Conference (Doc. No. 36 ) is hereby DENIED as moot. See Doc. No. 43 . Signed by Judge Alvin W. Thompson on 4/10/17. (Mata, E.) (Entered: 04/10/2017) |
| 04/10/2017 | 46 | ORDER: The petitioner' Motion for Reinstatement of Mr. Keenan (Doc. No. 40 ) is hereby DENIED. Mr. Keenan has left the Federal Public Defender's Office and Federal Public Defender Terry S. Ward and Assistant Federal Public Defender Ross Daniel Thomas have filed appearances on behalf of the petitioner. Signed by Judge Alvin W. Thompson on 4/10/17. (Mata, E.) (Entered: 04/10/2017) |
| 04/10/2017 | 47 | ORDER: The petitioner's Motion for Status Conference (Doc. No. 42 ) is hereby DENIED as moot. See Doc. No. 43 . Signed by Judge Alvin W. Thompson on 4/10/17. (Mata, E.) (Entered: 04/10/2017) |
| 04/12/2017 | 48 | JUDGMENT entered in favor of respondent USA.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms<br>Signed by Clerk on 4/12/17. (Ferguson, L.) (Entered: 04/12/2017) |
| 04/12/2017 | 49 | NOTICE OF APPEAL by Syed A. Babar. (Thomas, Ross) (Entered: 04/12/2017) |